IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH JONES, ) | 1:09cv0710 DLB |
| ) | |
| ) | ORDER GRANTING STIPULATION |
| ) | FOR DISMISSAL WITH PREJUDICE |
| Plaintiff, ) | (Document 15) |
| ) | |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner of ) | |
| Social Security, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    On December 30, 2009, the parties filed a stipulation and proposed order to dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

    The parties' stipulation is GRANTED and this action is DISMISSED. Each party shall bear his or her own costs.

    IT IS SO ORDERED.

    Dated: __**December 30, 2009**__        __**/s/ Dennis L. Beck**__
                                                                                UNITED STATES MAGISTRATE JUDGE